IN THE
TEXAS COURT OF CRIMINAL APPEALS
Dallas TEXAS

49,062-05

EX PARTE
GEORGE Leon WilliamsJr

§
§
§
§
§

NO. W08-62218-U(A)
NO. W100-0781-U(A)
291 DISTRICT COURT OF
Dallas, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

Relator's PETITION FOR WRIT OF MANDamus
HONORABLE JUDGE OF SAID COURT:

COME NOW GEORGE L WilliamsJr, Relator IN THE Above
MENTIONED Cause SeeKING Relief AND compel THE DISTRICT
court AND DISTRICT CLERK under THE MINISTreal Duty
TO FORward THE Relator's WRIT OF HaBeus CorPus,
PursuANT TO: TEX code CRIM. Prac. 11.07 TO THE TEXAS
court OF CRIMINAL APPeals AND will SHow IN SupPort
THEReof THE FOLLowING.

I.
Relator FILED HIS WRIT OF HaBeus CorPus IN THE TRIAL
court. ON Oct 6. 2014 THE STATE IS Allowed 15 Days TO
ResPond SEE: MARTIN V. HAMliN 25 S.W. 3d 718 (TEX.
CRIM. APP. 2000); TEX. CODE CRIM Proc 11.07 $ 3(b).

"UPON Receipt OF AN APPlication FOR WRIT of HaBeus
CORPus, THE ATTORNEY Representing THE STATE IS Allowed
15 Days TO RespoND."

THE TRIAL court IS THEN Allowed 20 Days IN WHICH TO
DeTermine AND Resolve CONTROVERTED Facts MATERIAL
TO THE LeGality OF THE APPLicant'S coNFInemENt AND
DeSIGNATE THE ISSues OF FacT TO Be ResolveD. SEE
TEX. CODE CRIM. Pro. 11.07 $ 3(C)(d).

THE Relator asserts THAT THE TRIAL court FAILED TO
DeSIGNATE THE ISSues IN A TIMELY MANNer NOT
HAVING DoNE SO. STATES ProPOSED order DeSINGNATING
ISSues Oct 24, 2014, ISSues Have YET Been
ResolveD. THE Relator asserts THAT THE TRIAL court
Does NOT HAVE THE AuThority TO EXTEND THE TIME
LIMITATIONS OF 11.07 AND IS BeING DoNE oNLY TO
ProviDE an advantage TO THE DISTRICT ATTORNEY as
woll as TRIAL court AND APPellate counsel IN THE
ISSues DeSIGNGTED. See MARTIN V. HamliN 25 S.W. 3d.
718 (TEX CRIM. APP. 2000)

PAGE 1.

"THE STATUTE DOES NOT SUPPLY AUTHORITY TO THE TRIAL COURT TO EXTEND TIME LIMITATIONS IMPOSED BY THE STATUTE, OTHER THAN TIMELY ENTRY OF AN ORDER DESIGNATING ISSUES."

THE RELATOR ASSERTS THAT IT IS NOW AUG 27, 2015, NO AFFIDAVITS BY RICK HARRISON NOR APPEAL ATT. DAIVD PIRE, OR SUPPLEMENT RESPONSE BY DISTRICT ATTORNEY, NO EVIDENTIARY HEARING, NO ISSUES HAVE BEEN RESOLVED, FURTHER. THE DISTRICT CLERK HAS IGNORED THE MINISTREAL DUTY MANDATING THE CLERK "MUST" FORWARD RELATOR'S HABEUS APPLICATION SEE DELEON V DISTRICT CLERK, LYNN COUNTY 187 S. W. 3d 183 (TEX CRIM. APP, 2006)

THE CLERK HAS A MINISTREAL DUTY TO FILE RELATOR HABEUS CORPUS, THE RELATOR ASSERTS THAT HIS RIGHT TO SEEK RELIEF IS BEING OBSTRUCTED. THE STATE'S D.A WHO TRIED APPLICANT CASE MISSTATED THE LAW DUEING VOIR DIRE, SHE SUBORNED PERSURY, SHE OFFERED EVIDENCE OF AN EXTRINSIC OFFENSE AND ELICITED PURSUANT TO MOTION 0862218 TO SUPPRESS, THE RELATOR WISHES HIS WRIT TO BE HEARD BEFORE THE COURT OF CRIMINAL APPEALS OF TEXAS, RELATOR ASSERTS THAT THERE IS NO ADEQUATE REMEDY OF LAW TO COMPEL THIS MINISTREAL DUTY OTHER THAN THIS WRIT OF MANDAMUS. SEE: DEJEAN V DISTRICT CLERK, DALLAS COUNTY. 259 S. W. 3d. 183 (TEX CRIM APP. 2008)

FURTHERMORE ON OCT 24, 2014 AN ORDER DESIGNING ISSUES WAS SIGNED BY THE TRIAL COURT JUDGE JENNIFER BALIDO, BUT NO AFFIDAVITS OR FINDINGS OF FACT HAVE BEEN FORWARDED TO THIS COURT WITH THE APPLICATIONS. IT APPEARS THAT THE TRIAL COURT HAS NOT COMPLETED ITS FACT-FINDING. WE REMAND THESE APPLICATIONS TO THE 291st DISTRICT COURT OF DALLAS COUNTY TO ALLOW THE TRIAL JUDGE TO COMPLETE AN EVIDENTIARY INVESTIGATION AND ENTER FINDING OF FACT AND CONCLUSIONS OF LAW. ORDER'ED BY THE COURT OF CRIMINAL APPEALS OF TEXAS

PAGE 2

THE APPLICATIONS WILL BE HELD IN ABEYANCE UNTIL THE TRIAL COURT HAS RESOLVED THE FACT ISSUES. THE ISSUES SHALL BE RESOLVED WITHIN 90 DAYS OF THIS ORDER FILED APRIL 29, 2015, A SUPPLEMENTAL TRANSCRIPT CONTAINING ALL AFFIDAVIS AND INTERROGATORIES OR THE TRANSCRIPTION OF THE COURT REPORTER'S NOTES FROM ANY HEARING OR DEPOSITION, ALONG WITH THE TRIAL COURTS SUPPLEMENTAL FINDING OF FACT AND CONCLUSIONS OF LAW, SHALL BE FORWARDED TO THIS COURT WITHIN 120 DAYS OF THE DATE OF THIS ORDER. ANY EXTENSIONS OF TIME SHALL BE OBTAINED FROM THIS COURT.

IN RESPECT OF THE 291st DISTRICT COURT EX PARTE GEORGE LEON WILLIAMS JR HAS WAITED 10 MONTHS TO BE EXACT FOR THE COURTS TO CORRECT THERE JUDGEMENT ANY MORE TIME IS BEING OBSTRUCTED.

THE COURT OF CRIMINAL APPEALS WILL GRANT MANDAMUS RELIEF WHEN A RELATOR SHOWS (1) THAT THE ACT SOUGHT COPELLED IS MINISTREAL AND (2) THAT THERE IS NO ADEQUATE REMEDY AT LAW THE 291st DISTRICT COURT HAS NOT COMPLIED WITH THE COURT ORDER IMPOSED.

## PRAYER FOR RELIEF

WHEREFORE PREMISE HAVING BEEN CONSIDERED, THE RELATOR HUMBLY PRAYS THAT THIS HONORABLE COURT GRANT MANDAMUS RELIEF AND COMPEL THE DALLAS COUNTY DISTRICT CLERK TO FORWARD THE RELATORS APPLICATION FOR WRIT OF HABEUS CORPUS WITH MEMORANDUM AND EXHIBITS IN SUPPORT TO THIS COURT AND GRANT ANY ORDER RELIEF TO WHICH HE IS ENTITLED.

PAGE 3